# United States District Court
## Southern District of Georgia

JAVIER DAVILA,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 421-177

KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 28, 2022, the Court reverses the final decision of the Acting Commissioner and remands this case to the Social Security Administration for further proceedings under 42 U.S.C. § 405(g). This case stands closed.

Approved by: *Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

September 29, 2022
Date

John E. Triplett, Acting Clerk
Clerk

*Jamie Sabalza*
(By) Deputy Clerk